IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WALMART/SEDGWICK CMS,

       Petitioner,

v.

ELIZABETH ALAYON,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1666

Opinion filed July 12, 2016.

Petition for Writ of Certiorari – Original Jurisdiction.

David A. McCranie of McConnaughhay, Coonrod, Pope, Weaver, & Stern, P.A., Tallahassee, for Petitioners.

Kimberly A. Hill of Kimberly A. Hill, P.L., Fort Lauderdale, for Respondent.

PER CURIAM.

       DISMISSED.

LEWIS, WETHERELL, and RAY, JJ., CONCUR.